**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01036-CV

**HEJIN HONG, Appellant**

**V.**

**NATIONS RENOVATIONS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00212-D**

## ORDER

We **GRANT** appellant's December 18, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **JANUARY 8, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE